JS-6

# United States District Court
# Central District of California

ROKNEDIN ROKNI,

       Plaintiff,

   v.

JPMORGAN CHASE BANK, N.A. et al.,

       Defendants.

Case № 2:26-cv-02794-ODW (AYPx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, (Dkt. No. 18), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.    Plaintiff shall recover nothing from Defendant;

2.    Plaintiff's Complaint is dismissed on the merits and with prejudice;

3.    All dates and deadlines are **VACATED**; and

4.    The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

July 13, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE